■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v RUBEN TOMAY, Respondent. [853 NYS2d 891]–

Contrary to the People's contentions, the hearing court properly suppressed the pre-recorded "buy" money that was found in the defendant's pocket after the vehicle he was driving was stopped and detained during a so-called "buy and bust" operation (*see* CPL 140.50 [1], [3]; *People v De Bour,* 40 NY2d 210, 223 [1976]; *People v Martin,* 32 NY2d 123 [1973]; *People v Berrios,* 28 NY2d 361, 367-368 [1971]). Miller, J.P., Covello, Eng and Chambers, JJ., concur.